**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 23, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00439-CV

———————

### IN RE STEPHEN D. FOX, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-54595**

---

## M E M O R A N D U M   O P I N I O N

On May 8, 2012, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asked this court to compel the Honorable Judy Warne, presiding judge of the 257th District Court of Harris County, and the Honorable Olen Underwood to comply with Tex. R. Civ. P. 18a. Relator also filed an emergency motion to stay proceedings in the trial court. That motion was denied.

Relator has not established that he is entitled to mandamus relief. He has failed to file a record to support his petition. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.